UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JASMINE BOWENS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:25-cv-00471-AMM-SGC |
| | ) |
| **WARDEN NEELEY,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on October 3, 2025, recommending this matter be dismissed for failure to prosecute. Doc. 15. The time to object to the report and recommendation has expired, and the petitioner has not submitted objections or otherwise responded. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this matter will be dismissed for failure to prosecute. Because the petition concerns calculation of a federal sentence, a ruling on a certificate of appealability is not required.

A separate order will be entered.

**DONE** and **ORDERED** this 28th day of October, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE